1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9             EASTERN DISTRICT OF CALIFORNIA

10

                    ----oo0oo----

11

12  NEIL R. BROWN,
                              NO. 2:02-cv-1231-MCE-GGH
13          Plaintiff,

14      v.
                          **ORDER OF DISMISSAL**
15  JOAN PATRICK, et al.,

16          Defendants.

17                  ----oo0oo----

18

19      On October 26, 2005, this Court issued an Order to Show

20  Cause which required Plaintiff to demonstrate, within twenty (20)

21  days following the date of said Order, why this action should not

22  be dismissed under Federal Rule of Civil Procedure 4(m) for

23  failure to serve any of the defendants with the summons and

24  complaint in this matter.  Plaintiff has failed to demonstrate

25  any good cause for that failure, and has failed to make any

26  response whatsoever to the Court's October 26, 2005 Order.

27  //

28  //

1

1  Given that failure, the present action is dismissed, without

2  prejudice.  The Clerk of the Court is hereby directed to close

3  the case.

4

5       IT IS SO ORDERED.

6

7  DATED: February 1, 2006

8

9

10  _____

   MORRISON C. ENGLAND, JR

11  UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28